

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Zimmerman Truck Lines, Inc. and Chad Frymire, | § | No. 08-17-00131-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 3 |
| v. | | |
| | § | of El Paso County, Texas |
| Katrina Pastran, | | |
| | § | (TC# 2012DCV04303) |
| Appellee. | | |
| | § | |

# O R D E R

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **March 14, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John Mobbs, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **March 14, 2018.**

IT IS SO ORDERED this 12th day of February, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.